

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/07/2013

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-34707-H1-11 |
| | § | |
| MOHSON VENTURES, INC. | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

### SPIRIT OF TEXAS BANK, SSB'S MOTION TO ENFORCE
### ORDER CONFIRMING PLAN (DOCKET NO. 61)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Spirit of Texas Bank, SSB and files this Motion to Enforce Order Confirming Plan, and respectfully represents as follows:

> DENIED without prejudice for failure to serve Mr. Mallory. If his motion is refiled, it must be self calendared for hearing, with notice to Mr. Mallory.

Signed:

August 07, 2013

_____
Marvin Isgur
United States Bankruptcy Judge

requests for execution in addition to modifications made to the terms of the guaranty at Mallory's request, Mallory has failed to execute the guaranty.

3.    Mallory's failure to execute the guaranty is contrary to the terms of the Order. His failure leaves the Bank vulnerable to significant loss in the event of default by the Debtor.

4.    Accordingly, the Bank requests that the terms of the Order be enforced, and that Malloy be compelled to execute a guaranty of the Debtor's obligations under the Plan.