IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-34707-H1-11 |
| | § | |
| MOHSON VENTURES, INC. | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

**SPIRIT OF TEXAS BANK, SSB'S AMENDED MOTION TO ENFORCE
ORDER CONFIRMING PLAN (DOCKET NO. 61)**

**NOTICE PURSUANT TO LOCAL RULE 9013**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**PLEASE NOTE THAT A HEARING ON THIS MOTION HAS BEEN SET FOR SEPTEMBER 5, 2013 AT 10:00 A.M. IN COURTROOM NO. 404, 515 RUSK AVE., HOUSTON, TEXAS 77002.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Spirit of Texas Bank, SSB and files this Amended Motion to Enforce Order Confirming Plan, and respectfully represents as follows:

1. Spirit of Texas, SSB (the "Bank") holds liens on the Debtor's real property and personal property pursuant to two secured notes (the "Notes"). Pursuant to Order Confirming Plan entered on March 22, 2013 (the "Order", Docket No. 61), this Court approved the Debtor's Amended Plan of Reorganization (Docket No. 54) with certain modifications contained in the Order.

2. The Order provides that Lester Mallory ("Mallory") "will execute a guaranty of the Debtor's financial payment obligations to Spirit of Texas Bank," and specifies certain terms of the guaranty. Following several months of inaction by Mallory and revisions made to the Guaranty at Mallory's request, a form of Guaranty was approved and forwarded to Mallory for signature. The executed version returned to the Bank (attached hereto as Exhibit "A") included an additional paragraph 11(a) in which Mallory disavowed any obligation for attorney's fees. The additional language was never reviewed or approved by the Bank

3. Mallory has failed to execute a guaranty that comports with the terms of the Order. His failure leaves the Bank vulnerable to significant loss in the event of default by the Debtor. Moreover, the Debtor has failed to take any steps to insure that the Order has been complied with, forcing the Bank to file this motion to enforce.

4. Accordingly, the Bank requests that the terms of the Order be enforced, and that Mallory be compelled to execute a guaranty of the Debtor's obligations under the Plan without unilateral limitations imposed by Mallory.

5. The Bank requests that the Debtor be compelled to reimburse its reasonable attorney's fees for bringing this motion before the Court.

WHEREFORE, the Bank prays that this Court's Order Confirming Plan be enforced; that Mallory be required to execute a guaranty of the Debtor's obligations as required by the Order; that it be granted its attorney's fees; and that it have such other and further relief to which it may be entitled.

Respectfully submitted,

*/s/ Timothy L. Wentworth*

_____
TIMOTHY L. WENTWORTH
State Bar No. 21179000

OF COUNSEL:
CAGE, HILL & NIEHAUS, L.L.P.
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: 713-789-0500
Facsimile: 713-974-0344
ATTORNEYS FOR SPIRIT OF
TEXAS BANK, SSB

## CERTIFICATE OF SERVICE

     I hereby certify that on or before the 8th day of August, 2013, a true and correct copy of the *Amended Motion to Enforce Order Confirming Plan* was served by electronic service upon the following parties and those parties listed on the service list attached hereto.

Lester D. Mallory, Jr.
P.O. Box 390
Round Top, Texas 78954

*/s/ Timothy L. Wentworth*

_____
TIMOTHY L. WENTWORTH

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 12-34707<br>Southern District of Texas<br>Houston<br>Wed Aug  7 16:51:46 CDT 2013 | Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Mohson Ventures, Inc.<br>10710 S. Main Street<br>Houston, TX 77025-5528 |
| Retax Funding, L.P.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, TX 78217-6304 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | ADPI, Inc./<br>Tom Shadi<br>6228 Hwy. 6 South<br>Houston, TX 77083-1502 |
| Capital One National Association<br>c/o Mr. Michael J. Scott<br>Michael J. Scott, P.C.<br>1120 Metrocrest Drive, Suite 100<br>Carrollton, TX 75006-5862 | Capital One National Association<br>c/o Mr. Michael J. Scott<br>Michael J. Scott, P.C.<br>P.O. Box 115220<br>Carrollton, TX 75011-5220 | Harris County et al<br>c/o John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Osama E. Mostafa a/k/a Eng Osama Alsyaed<br>c/o Mr. Amos Pardo<br>Attorney at Law<br>5225 Katy Freeway, Suite 605<br>Houston, TX 77007-2264 | Osama E. Mostafa a/k/a Eng Osama Alsyaed<br>c/o Mr. Matthew Gregory Wylie<br>Attorney at Law<br>8502 Holt Street<br>Houston, TX 77054-4003 |
| RETax Funding L.P.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, Texas 78217-6304 | RETax Funding, LLC<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, Texas 78217-6304 | Retax Funding<br>P.O. Box 100350<br>San Antonio, TX 78201-1650 |
| Spirit of Texas Bank<br>625 University Drive East<br>College Station, TX 77843-0001 | Spirit of Texas Bank, SSB<br>P.O. Box FB<br>College Station, TX 77841-5102 | Spirit of Texas Bank, SSB<br>c/o Mr. Michael L. Durham<br>Durham Law Firm, PLLC<br>P.O. Box 1090<br>Tomball, TX 77377-1090 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | XL Parts<br>15701 N.W. Freeway<br>Houston, TX 77040-3047 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Spirit of Texas Bank, ssb | (d)Mohson Ventures, Inc.<br>10710 S. Main Street<br>Houston, TX 77025-5528 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     2<br>Total                  22 |