UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MOHSON VENTURES, INC. § | CASE NO. 12-34707-H1-11 |
| § | |
| Debtor § | |

### OPPOSITION TO SPIRIT OF TEXAS BANK, SSB'S AMENDED MOTION TO ENFORCE ORDER CONFIRMING PLAN (DOCKET NO. 61)

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW** MOHSON VENTURES, INC., Reorganized Debtor, and files this its Opposition to Spirit of Texas Bank, SSB's Amended Motion to Enforce Order Confirming Plan (Docket No. 61), and in support would state as follows:

1. This case is closed, and there has been no motion by Spirit of Texas Bank, SSB to reopen the case, nor has the Bank paid the $1,000 filing fee to reopen the case.

2. At the confirmation hearing, the Bank made no mention of post-petition attorney's fees being charged to the Debtor, nor did the Bank advise the Debtor or Mr. Mallory that either of them would be responsible for the Bank's post-petition attorney's fees. The Debtor just recently learned about the attorney's fees, and after a review of the invoices, conceded and agreed to honor the debt for the Bank's attorney's fees in the amount of approximately $8,142.86. Mr. Mallory refused to honor the guaranty of the attorney's fees because he was not advised of those additional charges at the confirmation hearing. He understood at the confirmation hearing that the debts were as stated in the confirmed plan - $195,054.03 and $57,736.05. The Debtor and Mr. Mallory were sand-bagged.

3. At first, the Bank sent a guaranty agreement to Mr. Mallory in the amount of $217,669.32 for the real estate loan, and $57,619.21 for the equipment loan. The amounts shown in the Chapter 11 Plan of Reorganization stated that $195,054.03 was owed on the real estate loan and $57,736.05 on the equipment loan. In the guaranty agreement submitted to Mr. Mallory, the real estate loan including post-petition interest and attorney's fees (over $22,000 more than the plan stated). Paragraph VI of the Deed of Trust cross-collateralizes the equipment loan and the real estate loan. According to the Debtor's schedules, after adding the values of the equipment, inventory, desks, chairs, computer, printer, chairs, television and inventory, totaling $14,900 to the value of the real estate of $245,399.00, the equity is $7,518.92. The Bank dropped their claim for post-petition interest, and the Debtor generously consented to paying all of the Bank's attorney's fees in full, in the amount of $8,142.86 (even though the equity cushion was only $7,518.92).

4. Contrary to the demand by the Bank that the Debtor be compelled to reimburse the Bank its reasonable attorney's fees for bringing this motion before the Court, the Debtor demands that the Bank reimburse the Debtor for its fees in defending this motion, inasmuch as the Debtor learned of the additional charges after the case was closed.

5. In the interest of justice, the guarantor should not have to be liable for the Bank's attorney's fees, and the Debtor should be reimbursed its post-confirmation attorney's fees.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court enter an order denying the Bank's motion. Debtor prays for reimbursement of its attorney's fees for having to deal with being blind-sided by these additional charges post-confirmation, and post-closing of this case.

Respectfully submitted,

  /s/   Margaret M. McClure
Margaret M. McClure
TBN 00787997
909 Fannin St., Suite 3810
Houston, TX   77010
713-659-1333
713-658-0334 (fax)

ATTORNEY FOR REORGANIZED DEBTOR

CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of August, 2013, a true and correct copy of the foregoing was served on all parties on the attached service list either by electronic mail via ECF or by first class mail, postage prepaid, or both.

  /s/ Margaret M. McClure
Margaret M. McClure

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 12-34707<br>Southern District of Texas<br>Houston<br>Fri Feb  8 16:50:18 CST 2013 | Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Mohson Ventures, Inc.<br>10710 S. Main Street<br>Houston, TX 77025-5528 |
| Retax Funding, L.P.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, TX 78217-6304 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | ADPI, Inc./<br>Tom Shadi<br>6228 Hwy. 6 South<br>Houston, TX 77083-1502 |
| Capital One National Association<br>c/o Mr. Michael J. Scott<br>Michael J. Scott, P.C.<br>1120 Metrocrest Drive, Suite 100<br>Carrollton, TX 75006-5862 | Capital One National Association<br>c/o Mr. Michael J. Scott<br>Michael J. Scott, P.C.<br>P.O. Box 115220<br>Carrollton, TX 75011-5220 | Harris County et al<br>c/o John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Osama E. Mostafa a/k/a Eng Osama Alsyaed<br>c/o Mr. Amos Pardo<br>Attorney at Law<br>5225 Katy Freeway, Suite 605<br>Houston, TX 77007-2264 | Osama E. Mostafa a/k/a Eng Osama Alsyaed<br>c/o Mr. Matthew Gregory Wylie<br>Attorney at Law<br>8502 Holt Street<br>Houston, TX 77054-4003 |
| RETax Funding L.P.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, Texas 78217-6304 | RETax Funding, LLC<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, Texas 78217-6304 | Retax Funding<br>P.O. Box 100350<br>San Antonio, TX 78201-1650 |
| Spirit of Texas Bank<br>625 University Drive East<br>College Station, TX 77843-0001 | Spirit of Texas Bank, SSB<br>P.O. Box FB<br>College Station, TX 77841-5102 | Spirit of Texas Bank, SSB<br>c/o Mr. Michael L. Durham<br>Durham Law Firm, PLLC<br>P.O. Box 1090<br>Tomball, TX 77377-1090 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | XL Parts<br>15701 N.W. Freeway<br>Houston, TX 77040-3047 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Spirit of Texas Bank, ssb | (d)Mohson Ventures, Inc.<br>10710 S. Main Street<br>Houston, TX 77025-5528 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     2<br>Total                  22 |